# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2732

_____

Jeffrey A. Olson,                              *
                                               *
        Appellant,                     *
                                               *  Appeal from the United States
    v.                                     *  District Court for the
                                               *  District of Minnesota.
Bonnie Ellingboe; McCullough, Smith,           *
Kempe, Williams and Cyr, P.A.,                 *    [UNPUBLISHED]
                                               *
        Appellees.                     *

_____

Submitted:  January 6, 2005
     Filed:  January 25, 2005

_____

Before BYE, MELLOY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Jeffrey Olson appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. After de novo review, see Springdale Educ. Ass'n v. Springdale Sch. Dist., 133 F.3d 649, 651 (8th Cir. 1998), we conclude that dismissal was proper because neither defendant was acting under color of state law, see Youngblood v. Hy-Vee Food Stores, Inc., 266 F.3d 851, 855 (8th Cir. 2001), cert. denied, 535 U.S. 1017

---

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

(2002).  We also grant McCullough, Smith, Kempe, Williams, & Cyr, P.A.'s motion to strike.

We note that the district court enjoined Olson from filing any further lawsuits in the district court without first receiving permission from the court to do so.  In these circumstances, we believe it is appropriate to modify the district court's injunction so that it prohibits Olson, without first obtaining leave of court, from filing any further lawsuits in the district court when those lawsuits involve matters related to his state-court custody and divorce proceedings.  See Cromer v. Kraft Foods N. Am., Inc., 390 F.3d 812, 817-19 (4th Cir. 2004); Sassower v. Carlson, 930 F.2d 583, 584-85 (8th Cir. 1991) (per curiam).

_____